UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :    INDICTMENT

         - v. -                   :    22 Cr.

RONALD ROGERS, and                :
ANAUNCIA ROGERS,                         22 CRIM 321
                                  :
              Defendants.         :
                                  :
- - - - - - - - - - - - - - - X

## COUNT ONE
### (Firearms Trafficking Conspiracy)

1. From at least in or about September 14, 2018, up to and including in or about March 25, 2022, in the Southern District of New York and elsewhere, RONALD ROGERS and ANAUNCIA ROGERS, the defendants, and others known and unknown, willfully and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, trafficking in firearms in violation of Title 18, United States Code, Section 922(a)(1)(A).

2. It was part and object of the conspiracy that RONALD ROGERS and ANAUNCIA ROGERS, the defendants, and others known and unknown, not being licensed importers, licensed manufacturers, or licensed dealers of firearms within the meaning of Chapter 44, Title 18, United State Code, would and did willfully and knowingly engage in the business of dealing in

firearms, and in the course of such business would and did ship, transport, and receive firearms in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(a)(1)(A).

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. Between on or about May 3, 2019, and on or about May 11, 2019, RONALD ROGERS, the defendant, exchanged text messages with another individual who used a phone number with a New York City area code concerning the availability and pricing of firearms being offered for sale by RONALD ROGERS;

    b. On or about January 25, 2020, ANAUNCIA ROGERS, the defendant, purchased a Jimenez Arms, J.A. 380, .380 caliber pistol (the "Jimenez Arms") and another firearm from a federal firearms dealer in Jonesboro, Georgia;

    c. Between on or about January 25, 2020, and on or about January 27, 2020, RONALD ROGERS and ANAUNCIA ROGERS, the defendants, traveled from Georgia to Manhattan, and sold the Jimenez Arms to another individual;

    d. On or about January 16, 2021, ANAUNCIA ROGERS, the defendant, purchased a Phoenix Arms, HP22A, .22

caliber pistol (the "Phoenix Arms") and other firearms from a federal firearms dealer in Jonesboro, Georgia; and

e. Between on or about January 21, 2021, and on or about January 25, 2021, RONALD ROGERS, the defendant, traveled from Georgia to Manhattan, and sold the Phoenix Arms to another individual.

(Title 18, United States Code, Section 371.)

## COUNT TWO
**(Firearms Trafficking)**

4. From at least on or about September 14, 2018 up to and including at least on or about March 25, 2022, in the Southern District of New York and elsewhere, RONALD ROGERS and ANAUNCIA ROGERS, the defendants, not being licensed importers, licensed manufacturers, or licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, willfully and knowingly engaged in the business of dealing in firearms, and in the course of such business shipped, transported, and received firearms in interstate and foreign commerce, and traveled interstate, in violation of Title 18, United States Code, Section 922(a)(1)(A), to wit, the defendants worked together to purchase and otherwise obtain firearms in Georgia for resale in, among other places, New York City.

(Title 18, United States Code, 922(a)(1)(A), 924(a)(1), and 2.)

## FORFEITURE ALLEGATION

5. As a result of committing the offenses alleged in Counts One and Two of this Indictment, RONALD ROGERS and ANAUNCIA ROGERS, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offenses, including but not limited to:

  a. A RG Industries, RG31, .32 S&W caliber revolver, Serial Number Q072155;

  b. A Taurus International, PT738 TCP, .380 caliber pistol, Serial Number 69093D;

  c. A Jiminez Arms, JA 380, .380 caliber pistol, Serial Number 371233;

  d. A Phoenix Arms, HP25A, .25 caliber pistol, Serial Number 4290983;

  e. A Rohm, RG10, .22 caliber revolver, Serial Number 866694;

  f. An EIG, RG10, .22 caliber revolver, Serial Number 98691;

  g. A Bryco Arms, Jennings Nine, 9mm pistol, Serial Number 1360178;

  h. A Jiminez Arms, JA 22, .22 caliber pistol, Serial Number 1186607;

i. A Jiminez Arms, T-380, .380 caliber pistol, Serial Number 342542;

j. A Jiminez Arms, JA25, .25 caliber pistol, Serial Number 275007;

k. A RG Industries, RG23, .22 caliber revolver, Serial Number T745594;

l. A SCCY Ind., CPX-2, 9mm pistol, Serial Number 061188;

m. A RG Industries, RG23, .22 caliber revolver, Serial Number 291290;

n. A RG Industries, RG14, .22 LR revolver, Serial Number 257720;

o. A North American Arms, NAA22, .22 caliber revolver, Serial Number L228247;

p. A North American Arms, NAA22, .22 caliber revolver, Serial Number L228242;

q. A Cobra, CA380, .380 caliber pistol, Serial Number CP075515;

r. A Cobra/Kodiak/Bearman, BBG9, 9mm derringer, Serial Number BTO22924;

s. A Cobra/Kodiak/Bearman, BBG9, 9mm derringer, Serial Number BTO23096;

t. A SCCY Ind., CPX-2, 9mm pistol, Serial Number C007176;

u. A Taurus, G2C, 9mm pistol, Serial Number ABH808630;

v. A Ruger, LCP, .380 caliber pistol, Serial Number 372362181;

w. A Cobra, CL22 MBP, .22 mbp caliber derringer, Serial Number 127561;

x. A Ruger, 9E, 9mm pistol, Serial Number 337-13230;

y. A North American Arms, NAA22, .22 caliber revolver, Serial Number E241820;

z. A Jiminez Arms, JA Nine, 9mm pistol, Serial Number 454737;

aa. A Taurus, TCP PT738, .380 caliber pistol, Serial Number 40962D;

bb. A Jiminez Arms, JA380, .380 caliber pistol, Serial Number 152079;

cc. A North American Arms, NAA22, .22 caliber revolver, Serial Number E420242;

dd. A Taurus, G2C, 9mm pistol, Serial Number ABN333896;

ee. A Ruger, LCP II, .380 caliber pistol, Serial Number 380614731;

ff. A Phoenix Arms, HP22A, .22 caliber pistol, Serial Number 4568893;

gg. A Cobra/Kodiak/Bearman, FS380, .380 caliber pistol, Serial Number FS044679;

hh. A Phoenix Arms, HP25A, .25 caliber pistol, Serial Number 4540935;

ii. A Ruger, LCP, .380 caliber pistol, Serial Number 372384082;

jj. A Ruger, LCP II, .380 caliber pistol, Serial Number 380629651;

kk. A Smith & Wesson, M&P 40 Shield, .40 caliber pistol, Serial Number JED0465;

ll. A Bearman, BBG38, .380 caliber pistol, Serial Number BT046360;

mm. A Smith & Wesson, M&P Shield EZ, .380 caliber pistol, Serial Number NJY4549;

nn. A Cobra, CA380, .380 caliber pistol, Serial Number CP073560;

oo. A Cobra, CA380, .380 caliber pistol, Serial Number CP049635;

pp. A Ruger, LCP, .380 caliber pistol, Serial Number 379006236;

qq. A Ruger LCP .380 caliber pistol, Serial Number 379059266;

rr. A Jiminez Arms, JA380, ,380 caliber pistol, Serial Number 460258;

ss. A Heritage MFG model, .22 revolver, Serial Number 1BH548156;

tt. A Ruger model Wrangler, .22 revolver, Serial Number 205-91476;

uu. A Bearman, BBG38, .380 caliber, derringer, Serial Number BT012656;

vv. A Taurus, Spectrum, .380 Caliber pistol, Serial Number 1F180702;

ww. A Smith & Wesson, M&P40, .40 caliber pistol, Serial Number DUT7431;

xx. A Cobra/Kodiak/Bearman, BBG9SR, 9mm pistol, Serial Number BTO30020;

yy. A Cobra/Kodiak/Bearman, BBG38, .38 caliber pistol, Serial Number BTO32811;

zz. A Cobra/Kodiak/Bearman, BBG38, .38 caliber pistol, Serial Number BTO32810;

aaa. A 12-gauge shotgun round, seized by the Bureau of Alcohol, Firearms, Tobacco, and Explosives ("ATF") on or about May 24, 2022; and

bbb. Two firearm magazines, seized by the ATF on May 24, 2022.

### Substitute Assets Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____          _____
FOREPERSON                                DAMIAN WILLIAMS
                                          United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.

**RONALD ROGERS, and**
**ANAUNCIA ROGERS,**

                       **Defendants.**

---

**INDICTMENT**

22 Cr.

(18 U.S.C. §§ 371, 922(a)(1)(A),
924(a)(1), and 2.)

DAMIAN WILLIAMS
United States Attorney

*[signature]*
Foreperson

---

NE
6/17/22

Indictment Filed

Case assigned to
Judge Furman
wheel A

Sarah L. Cave
U.S.M.J