UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u> x

UNITED STATES OF AMERICA                    TRANSPORTATION ORDER

                                                         22 Cr. 0321 (JMF)

        V.

ANAUNCIA ROGERS,

               Defendant

_____x

        Upon the application of ANAUNCIA ROGERS, by her attorney Donald duBoulay, Esq. pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of Justice, it is hereby

        **ORDERED** that the United States Marshals Service furnish Anauncia Rogers with funds to cover the cost of travel from an appropriate airport in the area of Atlanta, Georgia to any appropriate airport in the greater in the New York area, to depart on the morning of Thursday June 30, 2022 and arrive in New York as early as possible in order to for her to attend her scheduled court appearance at 3:00 p.m. on June 30, 2022.

        **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       June __23__ 2022

The parties are directed to provide a copy of this Order to the USMS. The Clerk of Court is directed to terminate Doc. #17.

**SO ORDERED**

_____
The Honorable Jesse M. Furman
United States District Judge