UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u> x

| | |
|---|---|
| UNITED STATES OF AMERICA | TRANSPORTATION ORDER |
| | 22-CR-321 (JMF) |
| V. | |
| ANAUNCIA ROGERS, | |
| Defendant | |

_____x

Upon the application of ANAUNCIA ROGERS, by her attorney Donald duBoulay, Esq. pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of Justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Anauncia Rogers with funds to cover the cost of travel from an appropriate airport in the area of Atlanta, Georgia to any appropriate airport in the greater in the New York area, to depart on the morning of Thursday November 16, 2022 and arrive in New York as early as possible in order to for her to attend her scheduled court appearance at 3:00 p.m. on November 16, 2022.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
      November <u>  10  </u>   2022

The Clerk of Court is directed to terminate Doc. #30.
**SO ORDERED**

_____
The Honorable Jesse M. Furman
United States District Judge