UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u> x

| | |
|---|---|
| UNITED STATES OF AMERICA | TRANSPORTATION ORDER |
| | 22-CR-321 (JMF) |
| V. | |
| ANAUNCIA ROGERS, | |
| Defendant | |

_____x

Upon the application of ANAUNCIA ROGERS, by her attorney Donald duBoulay, Esq. pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of Justice, it is hereby

**ORDERED** that Counsel for Ms. Anauncia Rogers is authorized pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public law 105-572, 106 Stat. 4506, to obtain government travel rates for travel for Ms. Anauncia Rogers under the Criminal Justice Act from an airport in New York City to an airport in Atlanta Georgia on November 16, 2022.

**ORDERED** that the National Travel Service shall arrange for the aforementioned travel.

Dated: New York, New York
          November  10     2022

                                        **SO ORDERED**
                                        _____
                                        The Honorable Jesse M. Furman
                                          United States District Judge