UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK x

UNITED STATES OF AMERICA

V.

ANAUNCIA ROGERS,

            Defendant

_____x

TRANSPORTATION ORDER

22 Cr. 0321 (JMF)

Upon the application of ANAUNCIA ROGERS, by her attorney Donald duBoulay, Esq. pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of Justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Anauncia Rogers with funds to cover the cost of travel from an appropriate airport in the area of Atlanta, Georgia to any appropriate airport in the greater in the New York area, to depart on the morning of Thursday July 20, 2023 and arrive in New York as early as possible in order to for her to attend her scheduled court appearance at 2:30 p.m. on July 20, 2023.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
       July __19__ 2023

SO ORDERED

_____
The Honorable Jesse M. Furman
United States District Judge