UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK x

UNITED STATES OF AMERICA

V.

ANAUNCIA ROGERS,

_____x

TRANSPORTATION ORDER

22 Cr. 0321 (JMF)

Upon the application of ANAUNCIA ROGERS, by her attorney Donald duBoulay, Esq. pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of Justice, it is hereby

**ORDERED** that Counsel for Ms. Anauncia Rogers is authorized pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public law 105-572, 106 Stat. 4506, to obtain government travel rates for travel for Ms. Anauncia Rogers under the Criminal Justice Act and for the expenditure of Criminal Justice Acts funds to facilitate the travel from an airport in in New York City to an Airport in Atlanta, Georgia on July 20, 2023.

**ORDERED** that the National Travel Service shall arrange for the aforementioned travel.

Dated: New York, New York
    July  19    2023

SO ORDERED

_____
The Honorable Jesse M. Furman
United States District Judge