UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK x

UNITED STATES OF AMERICA                    TRANSPORTATION ORDER

                                            22 Cr. 0321 (JMF)

        V.

ANAUNCIA ROGERS,

        Defendant

_____x

Upon the application of ANAUNCIA ROGERS, by her attorney Donald duBoulay, Esq. pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interest of Justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Anauncia Rogers with funds to cover the cost of travel from an appropriate airport in the area of Atlanta, Georgia to any appropriate airport in the greater in the New York area, to depart on the morning of Wednesday May 13, 2026 and arrive in New York as early as possible in order to for her to attend her scheduled court appearance at 2:30 p.m. on May 13, 2026.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated: New York, New York
     May   8   2026

The Clerk of Court is directed to terminate
ECF No. 78.

**SO ORDERED**

_____
The Honorable Jesse M. Furman
 United States District Judge